# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:15-cv-00248-MR-DSC

| | |
|---|---|
| TD BANK, N.A.,       ) | |
|          ) | |
|      **Plaintiff,**    ) | |
|          ) | |
|      **vs.**     ) | **J U D G M E N T** |
|          ) | |
| CARLAND TRACTOR AND EQUIP.,  ) | |
| INC., ANTHONY E. CARLAND, MAX  ) | |
| LOWE CARLAND JR., and ELLEN C.  ) | |
| CARLAND,     ) | |
|          ) | |
|      **Defendants.**  ) | |
| _____ ) | |

For the reasons stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment as to the counterclaims asserted by Defendants Max Lowe Carland Jr., and Ellen C. Carland is **GRANTED** and said Defendants' counterclaims are hereby **DISMISSED WITH PREJUDICE**; the Plaintiff's motion for summary judgment as to its claims asserted against Defendants Max Lowe Carland Jr., and Ellen C. Carland is hereby **GRANTED**; and **JUDGMENT** is hereby entered against the Defendants Max Carland and Ellen Carland jointly and severally and in favor of the Plaintiff in the amount

of $249,628.29 ($215,977.52 + $33,650.77) plus attorneys' fees of $30,036.94.  The costs of this action are taxed against the Defendants.

Signed: March 10, 2017

Martin Reidinger
United States District Judge